**IN the INTEREST OF: J.V.F., a Minor**

**427 EDA 2017**

Superior Court of Pennsylvania.

8/25/2017

CP–51–DP–0001724–2015 (Philadelphia)

Affirmed

**IN the INTEREST OF: Z.E.A.F., a Minor**

**887 EDA 2017**

Superior Court of Pennsylvania.

08/25/2017

CP–51–AP–0000147–2017,   CP–51–DP–0002593–2014 (Philadelphia)

Affirmed

**COM.**

**v.**

**KOLOVICH, R.**

**1273 MDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–40–CR–0002136–2014 (Luzerne)

Affirmed

**COM.**

**v.**

**CAROTHERS, C., Jr.**

**1388 MDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–21–CR–0002405–2015 (Cumberland)

Affirmed

**COM.**

**v.**

**CRUZ, D.**

**1872 MDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–22–CR–0005534–2013 (Dauphin)

Affirmed

